ARMISTICE CAFETERIA, INC., Respondent, v. MATTHEW P. BREEN and Others, Impleaded with WALTER S. MACK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to said defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

ADA H. HEINSOHN, Respondent, v. MICHAEL OLNICK and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.; Dowling, J., dissents.

AUGEREAU G. HEINSOHN, Respondent, v. MICHAEL OLNICK and Another, Copartners, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.; Dowling, J., dissents.

C. ALEXOPOULOS FRERES, INC., Respondent, v. NEMOURS TRADING CORPORA-tion, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAITT OPERATING CO., INC., a Domestic Corporation, Respondent, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of The City of New York, Appellants. (Taxes of 1922.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

JOHN P. BAKER, Limited Administrator, etc., of JOHN P. BAKER, JR., Deceased, Respondent, v. DINGWELL BROS., INC., Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

OXFORD UNIVERSITY PRESS, AMERICAN BRANCH, Respondent, v. J. J. LITTLE & IVES COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

THE TRAVELERS INSURANCE COMPANY, Respondent, v. BRASS GOODS MANU-FACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.; Dowling and McAvoy, JJ., dissent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONSON MORRIS, Appellant, v. HELEN M. BURR and Another, Respondents, Appellants.— Order affirmed, without costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

BARNETT BLOCK and Others, Copartners, etc., Appellants, v. MARYLAND CASUALTY COMPANY, Respondent.— Judgment and order affirmed, with costs, with leave to plaintiffs, on payment of said costs and ten dollars costs of motion at Special Term, to move at Special Term to vacate said judgment and for leave to serve amended complaint, and proceedings to enforce said judgment stayed pending determination of said motion. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

THOMAS F. VIETOR and Others, Copartners, etc., and Another, Respondents, v. JULIA HONIG, Defendant, Impleaded with LOUIS WILKENFELD and Another, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.